# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEFFREY D. CHURCH,
Petitioner,
vs.
WASHOE COUNTY COMMISSION,
Respondent.

No. 75561

FILED

MAY 15 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus seeks an order prohibiting the Washoe County Commission from placing a question regarding a proposed tax on the November 2018 election ballot. We are not persuaded that our extraordinary and discretionary intervention is warranted. NRS 34.160 (providing that mandamus may issue "to compel the performance of an act which the law especially enjoins as a duty resulting from an office, trust or station"); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioners carry the burden of demonstrating that extraordinary relief is warranted."); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (observing that decision to issue writ of mandamus "is purely discretionary"). Accordingly, we

ORDER the petition DENIED.

_____ Cherry , J.
Cherry

_____ , J.
Parraguirre

_____ , J.
Stiglich

cc: Cooper Levenson, P.A.
Attorney General/Carson City
Washoe County District Attorney

18-18479